[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10031

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

SCOTT MATTHEW YOTKA,
a.k.a. Scottnjaxx44,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:21-cr-00106-MMH-JBT-1

2                    Opinion of the Court                    23-10031

_____

Before WILSON, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

Shehnoor Kaur Grewal, appointed counsel for Scott Matthew Yotka in his direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Yotka's convictions and sentences are **AFFIRMED**.